**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROBERT J. KUNZ,**

                **Plaintiff,**

      **v.**

**ROGER BRAZILL, DOUGLAS D. RANDEL,**
**and SEALED DEFENDANT JANE DOE,**

                **Defendants.**
_____

                                          **No. 1:11-CV-930**
                                          **(TJM/DRH)**

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

### I.    INTRODUCTION

The Amended Complaint in this *pro se* action was reviewed by the Hon. David R.

Homer, United States Magistrate Judge.  In a Report-Recommendation and Order dated

August 20, 2011, Magistrate Judge Homer recommended that Plaintiff's complaint be

dismissed as to all claims and all defendants pursuant to 28 U.S.C. § 1915A(b)(1) for

failure to state a claim.  Dkt. # 11.  No objections to Magistrate Judge Homer's Report-

Recommendation and Order have been filed, and the time to do so has expired.

Furthermore, after examining the record, this Court has determined that the Report-

Recommendation and Order is not subject to attack for plain error or manifest injustice.

### II.    CONCLUSION

The Court **ADOPTS** the Report-Recommendation and Order [dkt. # 11] for the

reasons stated therein.  Therefore, it is hereby **ORDERED** that the Complaint is dismissed as to all claims and all defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

**IT IS SO ORDERED**

Dated: February 28, 2012

Thomas J. McAvoy
Senior, U.S. District Judge