UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBERT J. KUNZ,

        Plaintiff,

   v.

ROGER BRAZILL, DOUGLAS D. RANDEL,
and SEALED DEFENDANT JANE DOE,

        Defendants.
_____

No. 1:11-CV-930
(TJM/DRH)

**THOMAS J. McAVOY,**
**Senior United States District Judge**


# DECISION & ORDER

## I. INTRODUCTION

The Amended Complaint in this *pro se* action was reviewed by the Hon. David R. Homer, United States Magistrate Judge. In a Report-Recommendation and Order dated August 20, 2011, Magistrate Judge Homer recommended that Plaintiff's complaint be dismissed as to all claims and all defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim. Dkt. # 11. No objections to Magistrate Judge Homer's Report-Recommendation and Order have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

## II. CONCLUSION

The Court **ADOPTS** the Report-Recommendation and Order [dkt. # 11] for the

1

reasons stated therein.  Therefore, it is hereby **ORDERED** that the Complaint is dismissed as to all claims and all defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

**IT IS SO ORDERED**

Dated: February 28, 2012

_____
Thomas J. McAvoy
Senior, U.S. District Judge